COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:        01-14-00837-CR

Style:               Brent Alan Dalton v. The State of Texas

Date motion filed[*]:  January 12, 2015

Type of motion:      Letter-Motion for Extension of Time to Pay for Reporter's Record

Party filing motion: Appellant

Document to be filed: Evidence of Payment or Arrangement to Pay for Reporter's Record

Is appeal accelerated?        No

If motion to extend time:

    Original due date:        December 1, 2014

    Number of extensions granted:    0        Current Due date:  December 1, 2014

    Date Requested:        N/A (30 days from January 12, 2015)

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  February 13, 2015.

        ☑        No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    Because appellant's counsel stated that she did not receive the 12/11/14 Notice of
Request to Make Payment Arrangements for Reporter's Record until 1/9/15,
appellant's motion for a 30-day extension of time to pay for the reporter's record is
granted, but no further extensions will be granted because the clerk's record was filed
on 11/24/14.  Accordingly, if appellant fails to pay or make arrangements to pay for
the reporter's record by 2/13/15, this Court may consider and decide those issues or
points that do not require a reporter's record.  *See* TEX. R. APP. P. 37.3(c)(2).

Judge's signature: /s/ Evelyn V. Keyes
                ☒ Acting individually        ☐ Acting for the Court

Date:  January 22, 2015
November 7, 2008 Revision